

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00081-CV

THE ESTATE OF GLENDA
RHOADES

----------

FROM COUNTY COURT AT LAW NO. 2 OF PARKER COUNTY
TRIAL COURT NO. CIV-13-0909

----------

## CONCURRING MEMORANDUM OPINION[1]

----------

I agree that the order does not appear to be final or otherwise appealable, and Appellants filed no response to Appellee's Motion to Dismiss to explain how this court has jurisdiction. Therefore, I concur with this result.

/s/ Bonnie Sudderth

BONNIE SUDDERTH
JUSTICE

DELIVERED: June 11, 2015

---

[1]See Tex. R. App. P. 47.4.